**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MAKENNA TADDY, | No. 4:26-CV-00574 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GET AIR STATE COLLEGE, LLC individually and d/b/a GET AIR TRAMPOLINE PARK; GET AIR FRANCHISE, INC., individually and d/b/a GET AIR SPORTS; TRAMPOLINE PARKS LLC; GET AIR MANAGEMENT, INC., | |
| Defendants. | |

**ORDER**

**JULY 28, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 5) is **DENIED**; and

2. Defendants shall file an answer within fourteen (14) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge